```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 18688
   CORINNE KASPAR
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-2300


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/11/05 and confirmed on 06/24/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  42300.00 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
BECKET & LEE LLP         UNSECURED       6895.99          .00          5028.21
RESURGENT CAPITAL SERVIC UNSECURED       4132.36          .00          3013.11
ECAST SETTLEMENT CORPORA UNSECURED       9956.61          .00          7259.86
SMC                      UNSECURED       2224.34          .00          1621.88
ECAST SETTLEMENT CORPORA UNSECURED       9472.28          .00          6906.71
DISCOVER BANK            UNSECURED       8569.88          .00          6248.73
NEW CENTURY              UNSECURED      NOT FILED         .00              .00
BECKET & LEE LLP         UNSECURED       4544.89          .00          3313.91
RESURGENT CAPITAL SERVIC UNSECURED       6896.12          .00          5028.31
         Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00     52692.47          .00      52692.47
PRINCIPAL PAID        .00          .00     38420.72          .00      38420.72
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00     38420.72          .00      38420.72
The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   2700.00
and was paid $    600.00   direct and $   2100.00   through the plan.

The Trustee received $   1779.28 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 07/18/08                      /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                    PAGE   2
CASE NO. 05 B 18688 CORINNE KASPAR